IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON TYRONE HOLDMAN,

    Petitioner,                    No. CIV S-08-0183 WBS KJM P

  vs.

ANTHONY HEDGEPATH,

    Respondent.              ORDER

                                 /

        Petitioner, a California prisoner proceeding pro se, has filed a motion asking that the court stay this matter while he exhausts state court remedies with respect to additional claims. Respondent has indicated that he does not oppose petitioner's request.

/////

/////

/////

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a stay (#18) is granted;

2. This matter is stayed;

3. Petitioner shall inform the court within ten days of the exhaustion of state court remedies with respect to all additional claims he wishes to raise in this action; and

4. The Clerk of the Court is directed to administratively close this case.

DATED: May 25, 2009.

_____
U.S. MAGISTRATE JUDGE

1
hold0183.sty