IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON TYRONE HOLDMAN,

      Petitioner,                    No. CIV S-08-0183 WBS KJM P

   vs.

ANTHONY HEDGEPATH,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. The court notes that this action is stayed so petitioner can exhaust state court remedies with respect to certain claims. Considering the stay, it is not clear why petitioner believes he is in need of counsel. Therefore, petitioner's request for counsel will be denied without prejudice to petitioner's re-submitting his motion with a specific explanation as to why he believes he needs counsel, with any information petitioner deems relevant clarifying the status of his efforts to exhaust state court remedies.

        Petitioner has also requested an extension of time. However, there do not appear to be any deadlines pending on the court's docket. Therefore, petitioner's request will be denied.

/////

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Petitioner's motion for appointment of counsel (# 23) is denied without
3 prejudice as described above; and

4    2.  Petitioner's request for an extension of time (#24) is denied.

5 DATED: November 1, 2010.

```
                                    _____
                                    U.S. MAGISTRATE JUDGE
```

25 1/mp
hold0183.110
26