IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON TYRONE HOLDMAN,

    Petitioner,                  No. 2:08-cv-0183 WBS CKD P

    vs.

TIM VIRGA,

    Respondent.             ORDER

                                  /

On October 15, 2012, the undersigned issued findings and recommendations that the petition be denied. (Dkt. No. 59.) On December 21, 2012, petitioner filed a "request for status" which the court construes as a request for a second extension of time to file objections to the findings and recommendations. (Dkt. No. 63.) Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted up and until February 15, 2013 in which to file objections to the October 15, 2012 findings and recommendations.

Dated: January 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
hold0183.eot

1