IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON TYRONE HOLDMAN,

    Petitioner,               No. 2:08-cv-0183 WBS CKD P

    vs.

TIM VIRGA,

    Respondent.            <u>ORDER DENYING CERTIFICATE OF APPEALABILITY</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a motion for a certificate of appealability as to the June 7, 2013 denial of his application for a writ of habeas corpus. (ECF No. 71.) A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the magistrate judge's October 15, 2012 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.

////

////

////

1

Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED:  September 4, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE